STATE of Missouri, Respondent,

v.

Tyrone FORD, Appellant.

No. 71959.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 21, 1998.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J.,and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant appeals from the judgment following his conviction by a jury for burglary in the first degree in violation of section 569.160, RSMo 1994; unlawful use of a weapon in violation of section 571.031.1(4), RSMo 1994; kidnapping in violation of section 565.110, RSMo 1994; forcible rape in violation of section 566.030, RSMo 1994; forcible sodomy in violation of section 568.050, RSMo 1994; and three counts of armed criminal action in violation of section 571.015, RSMo 1994. Defendant was sentenced by the court as a prior offender to a total of twenty-nine years imprisonment.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. We affirm the judgment pursuant to Rule 30.25(b).